FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 1 1 2016 ★
BROOKLYN OFFICE

**October 7, 2016**

**United States Courthouse**
**Eastern District of New York**
**225 Cadman Plaza**
**Brooklyn, NY 11201**

**RE: 16 Civ. 3947 (AMD)**

**Please be advised that I am redrawing my complaint at this time to allow further study on New York State Legal remedies on Sexual Harassment, affordable counsel, as well as having reasonable representation with the Legal Assistance Project, which I found to be lacking on cases regarding Sexual Harassment on cases outside the workplace, (NON EOCC Cases). I will ~~refile~~ FILED in the future NY State Supreme Court or another Pro Se Action In Federal Court.**

**Sincerely,**
*Yvette Guow.*

Yvette Quow
120 Kenilworth Place
Apt 6A
Brooklyn, NY 11210

NEW YORK NY 100
07 OCT 2016 PM 6 L




United States Courthouse
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

RE: 16 Civ. 3947 (AMD)

11201$1832 C013