UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
YVETTE QUOW,

Plaintiff,

-against-

STEVEN WALLACH, Leemar Management Corp/ Barmat Realty LLC,

Defendant.
-----------------------------------------------------X

JUDGMENT
16-CV- 3947 (AMD)

An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on October 11, 2016, directing the Clerk of Court to enter judgment and to close the case; it is

ORDERED and ADJUDGED that judgment is hereby entered dismissing the case.

Dated: Brooklyn, New York
October 12, 2016

Douglas C. Palmer
Clerk of Court

by: /s/ Janet Hamilton
Deputy Clerk